# GORSKI & KNOWLTON PC

COUNSELORS AT LAW

CAROL L. KNOWLTON †  
ALLEN I. GORSKI †

311 WHITEHORSE AVENUE  
SUITE A  
HAMILTON, NEW JERSEY 08610

Telephone:  
(609) 964-4000  
Fax:  
(609) 585-2553

† NJ AND PA BAR

WRITER'S EMAIL: AGORSKI@GORSKIKNOWLTON.COM

January 21, 2020

**<u>VIA ECF</u>**  
Honorable John K. Sherwood, U.S.B.J.  
United States Bankruptcy Court  
50 Walnut Street; 3rd Floor  
Newark, NJ 07102

RE:   Debtor Estate of Kimberly Smith Tyler  
      Case No. 19-19493-JKS  
      Adversary:  NJ Lawyers' Fund for Client Protection v. Kimberly Smith Tyler  
            Adv. Case No. 19-02087-JKS

Dear Judge Sherwood:

I conferred with the Parties. The Parties are continuing to discuss settlement but have not cooperated in scheduling a mediation within the required 60-day time period. Rather than declining the appointment I am completing and filing the Mediation Report.

Respectfully Submitted,

/s/ Allen I. Gorski

ALLEN I. GORSKI

AIG:jjf  
cc:   Kimberly S. Tyler  
      Ruby D. Cochran, Esquire